# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 96-1979

—————————

Nathaniel Franklin,               *
                                  *
          Appellant,              *
                                  *   Appeal from the United States
     v.                           *   District Court for the
                                  *   Western District of Arkansas.
Tyson's Mexican Original,         *        [UNPUBLISHED]
                                  *
          Appellee.               *

—————————

Submitted:  March 3, 1997

Filed:  March 10, 1997

—————————

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

—————————

PER CURIAM.


     Nathaniel Franklin appeals the district court's[1] grant of summary judgment to Tyson's Mexican Original in his employment discrimination action.  We dismiss the appeal for lack of appellate jurisdiction because Franklin's notice of appeal was untimely.  See Fed. R. App. P. 4(a)(1), 26(a), 26(b).


     Accordingly, the appeal is dismissed.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable H. Franklin Waters, Chief Judge, United States District Court for the Western District of Arkansas.